Janette G. Leonidou (SBN 155257)
Jleonidou@alr-law.com
Michael M. Lum (SBN 215700)
Mlum@alr-law.com
LEONIDOU & ROSIN
Professional Corporation
777 Cuesta Drive, Suite 200
Mountain View, CA 94040
Telephone: (650) 691-2888
Facsimile: (650) 691-2889

Attorneys for Plaintiff
BART'S ELECTRIC COMPANY, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of BART'S ELECTRIC COMPANY, INC., a Missouri Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> TMG SERVICES, INC., a Nevada Corporation, EVERGREEN NATIONAL INDEMNITY COMPANY, an Ohio Corporation, and OHIO INDEMNITY COMPANY, an Ohio Corporation, <br><br> Defendants. | Case No.: 2:18-cv-0864-WBS-KJN <br><br> **ORDER GRANTING PLAINTIFF BART'S ELECTRIC COMPANY, INC.'S MOTION FOR STAY PENDING ALTERNATIVE DISPUTE RESOLUTION** <br><br> Date: August 20, 2018 <br> Time: 1:30 p.m. <br> Courtroom: 5, 14th floor <br> Action Filed: April 10, 2018 |

The motion hearing of Use-plaintiff Bart's Electric Company, Inc. ("Plaintiffs") to stay the proceedings in this action pending mediation and/or arbitration now set for hearing on August 20, 2018 at 1:30 p.m. in Courtroom 5 is VACATED.

The Court having considered the motion filed by Plaintiff, the notice of hearing on the motion, the memorandum of points and authorities in support of the motion, the declaration of Michael M. Lum, such matters as to which judicial notice may be taken, and such other and further matters as were properly raised and/or argued at the hearing on the motion, and good cause appearing,

IT IS HEREBY ORDERED that the motion to stay is GRANTED and proceedings in this matter are stayed pending the parties' attempt to resolve this matter through mediation and/or arbitration. Within seven days after conclusion of the mediation and/or arbitration, counsel shall file a joint status report informing the court of the status of this action. The Scheduling Conference set for August 27, 2018 is also VACATED.

Dated: August 10, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE